**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| JUAN PINA COLIN; AMELIA HERNANDEZ SANCHEZ, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER Jr., Attorney General, <br><br> Respondent. | No. 07-72387 <br><br> Agency Nos. A070-194-444 <br> A070-203-363 <br><br> MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 17, 2009[**]

Before:     ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Juan Pina Colin and Amelia Hernandez Sanchez, husband and wife and

natives and citizens of Mexico, petition for review of the Board of Immigration

Appeals' ("BIA") order denying their motion to reopen.  We have jurisdiction

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

JTK/Research

pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Cano-Merida v. INS*, 311 F.3d 960, 964 (9th Cir. 2002), and we deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion as untimely because it was filed over 90 days after the BIA's February 8, 2006, order dismissing the underlying appeal, *see* 8 C.F.R. § 1003.2(c)(2), and petitioners failed to demonstrate that they qualified for any of the regulatory exceptions to the time limit on filing motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(i)-(iv).

**PETITION FOR REVIEW DENIED.**